| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 30, 2022 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-824, Application for Action on an Approved Application or Petition | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| WAC2390030646 | December 15, 2022 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | January 22, 1971 |

ROBINSON T. PAES
...2

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $465.00 |
|---|---|
| Total Amount Received: | $465.00 |
| Total Balance Due: | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



EXHIBIT B

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C   10/13/21

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2390030646 | I824 - APPLICATION FOR ACTION ON AN APPROVED APPLICATION OR PETITION |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 12/15/2022 | | PAES, ROBINSON TADEU |

| Notice Date | Page | Beneficiary A240 448 840 |
|---|---|---|
| 09/28/2023 | 1 of 1 | PAES, ROBINSON TADEU |

ROBINSON TADEU PAES

Notice Type: Approval Notice
Section: CIS send my approved immigrant visa to the NVC

The above application is approved. We have sent the original immigrant visa petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number form this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]